IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23-454 |
| v. | : | DATE FILED: December 11, 2024 |
| RAKEIM SAVAGE,<br>a/k/a "24,"<br>a/k/a "4,"<br>RONALD BYRD,<br>HANEEF PALMER,<br>a/k/a "Lew,"<br>MALIK PALMER,<br>a/k/a "Stacks,"<br>a/k/a "Stezzo,"<br>SAIKEEN DIXON,<br>a/k/a "SK,"<br>a/k/a "Killa,"<br>a/k/a "Kil,"<br>DOUGLAS MATHIS,<br>a/k/a "Ppg,"<br>AIKEEM PALMER,<br>a/k/a "Haak,"<br>MORRIS KANNEH,<br>a/k/a "Morris Kenneth,"<br>a/k/a "Slick,"<br>SIRONDE DIXON,<br>a/k/a "Ronnie,"<br>SALAHUDIN REDDY<br>a/k/a "Dean,"<br>a/k/a "Deen" | : | VIOLATIONS:<br>18 U.S.C. § 371 (conspiracy – 1 count)<br>18 U.S.C. § 1951 (robbery which interferes with interstate commerce – 1 count)<br>18 U.S.C. § 659 (theft from interstate shipment – 5 counts)<br>18 U.S.C. § 641 (theft of government money – 2 counts)<br>18 U.S.C. § 659 (possession of items from interstate shipment theft – 1 count)<br>18 U.S.C. § 2 (aiding and abetting)<br>Notice of forfeiture |

**SUPERSEDING INDICTMENT**

**COUNT ONE**

THE GRAND JURY CHARGES THAT:

1. From at least as early as January 1, 2023 through on or about July 31, 2023, defendants

RAKEIM SAVAGE,
a/k/a "24,"
a/k/a "4,"

**RONALD BYRD,**
**HANEEF PALMER,**
**a/k/a "Lew,"**
**MALIK PALMER,**
**a/k/a "Stacks,"**
**a/k/a "Stezzo,"**
**SAIKEEN DIXON,**
**a/k/a "SK,"**
**a/k/a "Killa,"**
**a/k/a "Kil,"**
**DOUGLAS MATHIS,**
**a/k/a "Ppg,"**
**AIKEEM PALMER,**
**a/k/a "Haak,"**
**MORRIS KANNEH,**
**a/k/a "Morris Kenneth,"**
**a/k/a "Slick,"**
**SIRONDE DIXON,**
**a/k/a "Ronnie,"**
**and**
**SALAHUDIN REDDY**
**a/k/a "Dean,"**
**a/k/a "Deen,"**

conspired and agreed, together and with others known and unknown to the grand jury, to commit offenses against the United States, that is, to commit theft from interstate shipments of freight or other property, and to possess stolen goods from interstate shipments of freight or other property, in violation of Title 18, United States Code, Section 659; and to commit theft of government money, and to receive and retain stolen government money, in violation of Title 18, United States Code, Section 641.

**MANNER AND MEANS**

It was part of the conspiracy that:

2. Members of the conspiracy, including defendants RAKEIM SAVAGE, RONALD BYRD, HANEEF PALMER, MALIK PALMER, SAIKEEN DIXON, DOUGLAS MATHIS, MORRIS KANNEH, AIKEEM PALMER, SIRONDE DIXON, and SALAHUDIN

REDDY, together and with others known and unknown to the grand jury, stole goods moving as part of interstate shipments located on trailers in Philadelphia. While the trailers were unattended overnight, or while the driver of a trailer was asleep, the members of the conspiracy present for the theft would use bolt cutters and other tools to break into tractor trailers and steal the goods inside, often with one or more members of the conspiracy serving as a "lookout" during the theft.

3. The members of the conspiracy who participated in a theft would split the proceeds of their thefts and pay money to the members of the conspiracy who served as "lookouts."

4. Members of the conspiracy would go searching for parked tractor trailers in the Philadelphia area. When members of the conspiracy located a tractor trailer or otherwise learned about a potential target, they would contact one or more other members of the conspiracy to commit the theft together.

5. Members of the conspiracy, including defendants RAKEIM SAVAGE, RONALD BYRD, HANEEF PALMER, MALIK PALMER, SAIKEEN DIXON, DOUGLAS MATHIS, AIKEEM PALMER, MORRIS KANNEH, and SIRONDE DIXON, together and with others known and unknown to the grand jury, offered to sell stolen goods, including but not limited to televisions, frozen crab legs, frozen shrimp, frozen meat, beer, and liquor, to people in Philadelphia.

6. The members of the conspiracy used numerous vehicles to transport and store stolen goods, including a black 2021 Dodge Ram bearing Pennsylvania license plate ZSJ-8755 and a white 2008 Hino box truck bearing Pennsylvania license plate ZVT-6600.

**OVERT ACTS**

In furtherance of the conspiracy and to accomplish its objects, the following overt acts, among others, were committed in the Eastern District of Pennsylvania and elsewhere:

1. On or about January 27, 2023:

a. Members of the conspiracy stole approximately 36 LG televisions from a tractor trailer parked near 2722 Commerce Way in Philadelphia.

b. Defendant DOUGLAS MATHIS sent a text message to defendant SAIKEEN DIXON containing links to websites (specifically, CDW and Walmart) selling the same model LG televisions that were stolen from 2722 Commerce Way.

c. Defendant DOUGLAS MATHIS sent a text message to defendant SAIKEEN DIXON and other contacts, stating, "Who need some big Ass TV "s."[1] He then sent a text message containing pictures of a label reflecting the model number of the stolen LG televisions.

d. Defendant RONALD BYRD sent a text message to a contact containing a link to a website (specifically, Walmart) selling the same model LG television that was stolen from 2722 Commerce Way.

e. Defendant HANEEF PALMER sent a text message to members of the conspiracy, stating, "Who Selling Y'all TVs 4 350." Defendant SAIKEEN DIXON replied, "Me."

2. On or about February 17, 2023:

a. Members of the conspiracy stole approximately $15,000 worth of air conditioning units from a tractor trailer parked near 12600 Townsend Road in Philadelphia.

b. Defendant HANEEF PALMER sent a text message to defendant SAIKEEN DIXON containing his location, which was adjacent to 12600 Townsend Road.

---

[1] Unless specifically indicated, all of the text messages and other materials quoted in this Superseding Indictment bear the same spelling, punctuation, and grammar as found in the originals of these records.

3. On or about March 2, 2023:

a. Members of the conspiracy stole approximately 49 cases of Hypnotiq liquor from a truck parked at 11606 Caroline Road in Philadelphia.

b. Defendant SAIKEEN DIXON sent a text message to members of the conspiracy, stating, "Just hit another truck shooter."

c. Defendant Morris KANNEH sent a text message to members of the conspiracy, stating, "Liquor n cow foot stew later."

d. Defendant DOUGLAS MATHIS sent a text message to members of the conspiracy, stating, in pertinent part, "got hypnotic we got cow feet."

4. On or about March 7, 2023, members of the conspiracy stole approximately 10,000 pounds of frozen turkey wings were stolen from a truck parked at 2800 Charter Road.

5. On or about March 8, 2023, defendant HANEEF PALMER sent a text message to members of the conspiracy, stating, "Ya'll Got More Wings."

6. On or about March 10, 2023, members of the conspiracy stole approximately 11 pallets of JBS Meats frozen beef from a tractor trailer parked at 2400 S. 28th Street in Philadelphia.

7. On or about March 11, 2023, defendant RONALD BYRD acquired control of a white box truck bearing Pennsylvania license plate ZVT-6600.

8. On or about March 12, 2023, defendant RONALD BYRD sent defendant RAKEIM SAVAGE a text message informing defendant SAVAGE that he had acquired the white box truck bearing Pennsylvania license plate ZVT-6600.

9. On or about March 13, 2023:

a. Defendant SAIKEEN DIXON sent defendant SIRONDE DIXON text messages with pictures of boxes of stolen beef from JBS Meats.

b. Defendant SAIKEEN DIXON sent a contact a text message containing pictures of boxes of stolen beef from JBS Meats.

10. On or about March 17, 2023:

a. Members of the conspiracy, including defendant RAKEIM SAVAGE, stole 60 cases of Jose Cuervo tequila from a trailer parked at 11704 Caroline Road in Philadelphia.

b. Defendant SAIKEEN DIXON sent a text message to defendant RAKEIM SAVAGE, stating, "Drop the lo." Defendant SAVAGE replied, "Liquor control board." Defendant SAVAGE then sent a text message containing his location, which was adjacent to 11704 Caroline Road in Philadelphia. Defendant SAVAGE then sent another text message, stating, "And I need a couple cases in ya van."

11. On or about March 21, 2023, defendant SIRONDE DIXON sent a text message to defendant SAIKEEN DIXON, stating, "Send me names of the stuff we got so I can see if people want it an price."

12. On or about March 31, 2023, defendant HANEEF PALMER sent a text message to members of the conspiracy, stating, "From Tvs Appliances Liquor & Meat … We Split Everything."

13. On or about April 1, 2023:

a. Members of the conspiracy, including defendants RAKEIM SAVAGE, HANEEF PALMER, MALIK PALMER, SAIKEEN DIXON, DOUGLAS MATHIS, and SIRONDE DIXON, stole six Continental Refrigerators from a tractor trailer located near

9490 Bluegrass Road in Philadelphia using the white box truck bearing Pennsylvania license plate ZVT-6600.

b. At about the time of the robbery, defendant SAIKEEN DIXON sent a text message to SIRONDE DIXON containing his location, which was adjacent to was 9490 Bluegrass Road.

c. Following the robbery, defendant RAKEIM SAVAGE sent text messages to numerous members of the conspiracy containing pictures of serial numbers on commercial refrigerators that match those stolen in the April 1, 2023 robbery, as well as links to refrigerators of the same make and model for sale online.

d. Defendant RAKEIM SAVAGE sent a text message to members of the conspiracy, asking, "So how we taking care of Byrd." Defendant SAIKEEN DIXON replied, "We all get one Byrd get one. . . . Ronnie get a bean of everybody for look out."

e. Defendants RAKEIM SAVAGE and MALIK PALMER sent text messages to members of the conspiracy instructing them not to buy things using their credit cards.

14. On or about April 4, 2023:

a. Members of the conspiracy, including defendants HANEEF PALMER, SAIKEEN DIXON, and AIKEEM PALMER, stole approximately 8-12 pallets of frozen snow crab legs from a tractor trailer parked near 8501 Hegerman Street in Philadelphia.

b. Defendant AIKEEM PALMER sent a text message to members of the conspiracy showing a video of a box of frozen snow crab legs in the back of a vehicle.

15. On or about April 6, 2023:

a. Members of the conspiracy, including defendants HANEEF PALMER, SAIKEEN DIXON, DOUGLAS MATHIS, AIKEEM PALMER, SIRONDE DIXON, and SALAHUDIN REDDY, stole approximately 1,150 boxes of frozen crab from a tractor trailer parked near 3601 Island Avenue in Philadelphia.

b. Defendants SAIKEEN DIXON and SIRONDE DIXON sent each other text messages containing their locations, which were adjacent to 3601 Island Avenue.

c. Defendant RONALD BYRD sent a text message to a contact, stating, "They got crabs."

d. Defendant SAIKEEN DIXON sent a text message to a contact indicating that he had cases of crabs for sale.

e. Defendant SIRONDE DIXON sent SAIKEEN DIXON a text message containing a picture of stolen frozen crab legs and a price for resale.

16. On or about April 9, 2023, defendant RONALD BYRD sent text messages to numerous people indicating that he had frozen shrimp for sale.

17. On or about April 10, 2023:

a. Members of the conspiracy, including defendants RONALD BYRD, HANEEF PALMER, SAIKEEN DIXON, DOUGLAS MATHIS, AIKEEM PALMER, and MORRIS KANNEH stole approximately 103 Samsung televisions from a tractor trailer parked near 12285 McNulty Road in Philadelphia.

b. Defendant RONALD BYRD sent a text message to defendant DOUGLAS MATHIS containing his location, which was adjacent to 12285 McNulty Road.

c. Defendants RONALD BYRD and SAIKEEN DIXON sent text messages to numerous people indicating that they had 75-inch Samsung televisions for sale.

d. Defendant MORRIS KANNEH sent defendant RONALD BYRD a text message stating, "Yo bro I got a trap 4 the TVs 15 for 6000 hmu if interest… that's 400 a wop…."

18. On or about April 13, 2023:

a. Members of the conspiracy, including defendants RAKEIM SAVAGE, HANEEF PALMER, MALIK PALMER, SAIKEEN DIXON, DOUGLAS MATHIS, AIKEEM PALMER, SIRONDE DIXON, and SALAHUDIN REDDY stole approximately $234,474.80 worth of United States dimes from a tractor trailer in Philadelphia.

b. Following the theft, defendant SIRONDE DIXON sent defendant RONALD BYRD a text message with a picture of a bucket of United States dimes.

c. Defendant DOUGLAS MATHIS sent a text message to members of the conspiracy containing a photo of defendant MALIK PALMER laying in the bed of a pickup truck full of dimes.

d. Defendant RAKEIM SAVAGE sent a text message to members of the conspiracy, stating, "Everybody switch they horns up."

19. On or about April 14, 2023:

a. Defendant MALIK PALMER sent RONALD BYRD a link to an online "Money Weight Calculator" that can calculate how much a certain amount of money would weigh in different dollar bill or coin denominations, e.g., the weight of a certain amount of United States dimes. BYRD then sent the "Money Weight Calculator" to defendants RAKEIM SAVAGE and HANEEF PALMER.

b. Defendant RAKEIM SAVAGE sent a text message to members of the conspiracy, stating, in pertinent part, "we made it !" with a screen shot of a news story posted on social media about the dime theft.

20. On or about April 26, 2023,

a. Members of the conspiracy stole approximately two pallets of frozen shrimp from a truck parked at 8 Oregon Avenue in Philadelphia.

b. Defendant AIKEEM PALMER sent a text message to members of the conspiracy containing a picture of stolen boxes of frozen shrimp in the back of a vehicle.

21. On or about May 7, 2023, at the direction of defendant RONALD BYRD, Person #1, a person known to the grand jury, exchanged thousands of dollars' worth of United States dimes at Coinstar machines located in Cockeysville and Towson, Maryland. Person #1 then sent defendant BYRD text messages of the receipts of the dime exchanges.

22. On or about May 9, 2023, defendant RAKEIM SAVAGE possessed at his home dozens of cases of Malibu rum stolen from an interstate shipment.

23. On or about May 10, 2023, defendant MALIK PALMER deposited more than $1,400 worth of dimes at a Citadel Credit Union branch in Harleysville, Pennsylvania, and withdrew $1,200 in cash. That same day, defendant PALMER deposited over $1,500 worth of dimes at a Citadel Credit Union branch in Lansdale, Pennsylvania, and withdrew $1,500 in cash.

24. On or about May 11, 2023, defendant MALIK PALMER deposited over $1,100 worth of dimes at a Citadel Credit Union branch in Montgomeryville, Pennsylvania, and withdrew $1,000 in cash. That same day, defendant PALMER deposited over $1,200 worth of dimes at a Citadel Credit Union branch in Springfield, Pennsylvania, and withdrew $1,200 in cash.

25. On or about July 3, 2023:

a. Members of the conspiracy stole frozen beef, frozen chicken, and other goods from several trucks parked near 3300 S. 7th Street in Philadelphia.

b. Defendant RAKEIM SAVAGE sent text messages to defendant SAIKEEN DIXON with pictures of boxes of stolen frozen beef short ribs.

26. On or about July 10, 2023:

a. Members of the conspiracy stole approximately two pallets of frozen chicken from several trucks parked near 2701 Red Lion Road, in Philadelphia, Pennsylvania.

b. Defendant HANEEF PALMER sent a text message to members of the conspiracy, stating, "Chicken Wings." He then sent a text message containing his location, which was adjacent to 2701 Red Lion Road.

c. Defendant DOUGLAS MATHIS sent defendant SAIKEEN DIXON a text message containing pictures of stolen frozen chicken wings.

27. On or about July 17, 2023:

a. Members of the conspiracy stole approximately $8,000 worth of LG appliances from a tractor trailer parked near 8803 Torresdale Avenue, Philadelphia, Pennsylvania.

b. Defendant DOUGLAS MATHIS sent a text message to defendant SAIKEEN DIXON a text message stating, "It's basically $700 for fridge . . . And 400 For washer dryer. But that's what we want for them." Defendant MATHIS also sent defendant SAIKEEN DIXON text messages with pictures and videos of several stolen LG appliances.

28. On or about July 18, 2023, members of the conspiracy, including defendant RONALD BYRD, possessed dimes stolen on April 13, 2023 in the white box truck bearing Pennsylvania license plate ZVT-6600.

29. On or about July 20, 2023:

a. Members of the conspiracy stole approximately 2.5 pallets of Tito's Vodka from a tractor trailer parked near 2800 Charter Road.

b. Defendant DOUGLAS MATHIS sent text messages to defendants SAIKEEN DIXON and HANEEF PALMER containing pictures showing defendant HANEEF PALMER posing next to stolen cases of Tito's vodka and Morey's seafood.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1. National Refrigeration & A/C at 450 Winks Lane, Bensalem, PA 19020 was a business engaged in and affecting interstate commerce, by producing and distributing goods in and between Pennsylvania and other states.

2. Catashov Inc. at 535 Philmont Avenue, Feasterville, PA 19053 was a business engaged in and affecting interstate commerce, by transporting goods between Pennsylvania and other states.

3. On or about April 1, 2023, in Philadelphia, Bensalem, and Feasterville, in the Eastern District of Pennsylvania, defendants

**RAKEIM SAVAGE,**
**a/k/a "24,"**
**a/k/a "4,"**
**HANEEF PALMER,**
**a/k/a "Lew,"**
**MALIK PALMER,**
**a/k/a "Stacks,"**
**a/k/a "Stezzo,"**
**SAIKEEN DIXON,**
**a/k/a "SK,"**
**a/k/a "Killa,"**
**a/k/a "Kil,"**
**DOUGLAS MATHIS,**
**a/k/a "Ppg,"**
**AIKEEM PALMER,**
**a/k/a "Haak,"**
**MORRIS KANNEH,**
**a/k/a "Morris Kenneth,"**
**a/k/a "Slick,"**
**and**
**SIRONDE DIXON,**
**a/k/a "Ronnie,"**

and others known and unknown to the grand jury, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, by robbery, in that defendants RAKEIM SAVAGE, HANEEF PALMER, MALIK PALMER, SAIKEEN DIXON, DOUGLAS MATHIS, AIKEEM PALMER, MORRIS KANNEH, and SIRONDE DIXON unlawfully took and obtained, and aided and abetted the unlawful taking and obtaining of, six Continental Refrigerators, belonging to National Refrigeration & A/C, and being transported by Catashov Inc., from an employee of Catashov Inc., against his will, by means of actual and threatened force, violence, and fear of injury, immediate and future to his person and property, that is, by grabbing him, carrying him, and forcing him underneath a box truck while unloading the stolen goods.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

**COUNT THREE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 1, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**RAKEIM SAVAGE,**
**a/k/a "24,"**
**a/k/a "4,"**
**HANEEF PALMER,**
**a/k/a "Lew,"**
**MALIK PALMER,**
**a/k/a "Stacks,"**
**a/k/a "Stezzo,"**
**SAIKEEN DIXON,**
**a/k/a "SK,"**
**a/k/a "Killa,"**
**a/k/a "Kil,"**
**DOUGLAS MATHIS,**
**a/k/a "Ppg,"**
**AIKEEM PALMER,**
**a/k/a "Haak,"**
**MORRIS KANNEH,**
**a/k/a "Morris Kenneth,"**
**a/k/a "Slick,"**
**and**
**SIRONDE DIXON,**
**a/k/a "Ronnie,"**

and others known and unknown to the grand jury, stole, and unlawfully took and carried away with intent to convert to their own use, and aided and abetted the taking and carrying away of, goods with a value exceeding $1,000, specifically, six Continental Refrigerators, which were moving as part of and which constituted an interstate shipment of freight or other property, from a trailer, specifically, a Volvo VNL 2020 white truck bearing Pennsylvania temporary license plate 3256177 and vehicle identification number 4V4NC9EH5LN214199, with a trailer bearing Maine license plate 30154746, belonging to Catashov Inc.

In violation of Title 18, United States Code, Section 659 and 2.

**COUNT FOUR**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 13, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**RAKEIM SAVAGE,**
**a/k/a "24,"**
**a/k/a "4,"**
**HANEEF PALMER,**
**a/k/a "Lew,"**
**MALIK PALMER,**
**a/k/a "Stacks,"**
**a/k/a "Stezzo,"**
**SAIKEEN DIXON,**
**a/k/a "SK,"**
**a/k/a "Killa,"**
**a/k/a "Kil,"**
**DOUGLAS MATHIS,**
**a/k/a "Ppg,"**
**AIKEEM PALMER,**
**a/k/a "Haak,"**
**MORRIS KANNEH,**
**a/k/a "Morris Kenneth,"**
**a/k/a "Slick,"**
**SIRONDE DIXON,**
**a/k/a "Ronnie,"**
**and**
**SALAHUDIN REDDY**
**a/k/a "Dean,"**
**a/k/a "Deen,"**

and others known and unknown to the grand jury, stole, and unlawfully took and carried away with intent to convert to their own use, and aided and abetted the taking and carrying away of, goods with a value exceeding $1,000, specifically, United States dimes valued at approximately $234,474.80, which were moving as part of and which constituted an interstate shipment of freight or other property, from a trailer, specifically, a Freightliner white truck bearing Indiana

license plate 3282568 with a trailer bearing Maine license plate 3314548, belonging to Keen Cargo.

In violation of Title 18, United States Code, Sections 659 and 2.

**COUNT FIVE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 13, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**RAKEIM SAVAGE,**
**a/k/a "24,"**
**a/k/a "4,"**
**HANEEF PALMER,**
**a/k/a "Lew,"**
**MALIK PALMER,**
**a/k/a "Stacks,"**
**a/k/a "Stezzo,"**
**SAIKEEN DIXON,**
**a/k/a "SK,"**
**a/k/a "Killa,"**
**a/k/a "Kil,"**
**DOUGLAS MATHIS,**
**a/k/a "Ppg,"**
**AIKEEM PALMER,**
**a/k/a "Haak,"**
**MORRIS KANNEH,**
**a/k/a "Morris Kenneth,"**
**a/k/a "Slick,"**
**SIRONDE DIXON,**
**a/k/a "Ronnie,"**
**and**
**SALAHUDIN REDDY**
**a/k/a "Dean,"**
**a/k/a "Deen,"**

and others known and unknown to the grand jury, stole, and knowingly converted to their own use and the use of others, and aided and abetted the stealing and conversion of, money and a thing of value of the United States, specifically, United States dimes under the care of the United States Department of the Treasury, in a value exceeding $1,000.

In violation of Title 18, United States Code, Sections 641 and 2.

**COUNT SIX**

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about April 13, 2023 through in or about July 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**RAKEIM SAVAGE,**
**a/k/a "24,"**
**a/k/a "4,"**
**RONALD BYRD,**
**HANEEF PALMER,**
**a/k/a "Lew,"**
**MALIK PALMER,**
**a/k/a "Stacks,"**
**a/k/a "Stezzo,"**
**SAIKEEN DIXON,**
**a/k/a "SK,"**
**a/k/a "Killa,"**
**a/k/a "Kil,"**
**DOUGLAS MATHIS,**
**a/k/a "Ppg,"**
**AIKEEM PALMER,**
**a/k/a "Haak,"**
**MORRIS KANNEH,**
**a/k/a "Morris Kenneth,"**
**a/k/a "Slick,"**
**SIRONDE DIXON,**
**a/k/a "Ronnie,"**
**and**
**SALAHUDIN REDDY**
**a/k/a "Dean,"**
**a/k/a "Deen,"**

and others known and unknown to the grand jury, knowing it to have been stolen, received, and retained with intent to convert it to their own use and the use of others, and aided and abetted the receiving and retaining of, money and a thing of value of the United States, specifically, United States dimes under the care of the United States Department of the Treasury, in a value exceeding $1,000.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about April 13, 2023 through in or about July 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**RAKEIM SAVAGE,**
**a/k/a "24,"**
**a/k/a "4,"**
**RONALD BYRD,**
**HANEEF PALMER,**
**a/k/a "Lew,"**
**MALIK PALMER,**
**a/k/a "Stacks,"**
**a/k/a "Stezzo,"**
**SAIKEEN DIXON,**
**a/k/a "SK,"**
**a/k/a "Killa,"**
**a/k/a "Kil,"**
**DOUGLAS MATHIS,**
**a/k/a "Ppg,"**
**AIKEEM PALMER,**
**a/k/a "Haak,"**
**MORRIS KANNEH,**
**a/k/a "Morris Kenneth,"**
**a/k/a "Slick,"**
**SIRONDE DIXON,**
**a/k/a "Ronnie,"**
**and**
**SALAHUDIN REDDY**
**a/k/a "Dean,"**
**a/k/a "Deen,"**

and others known and unknown to the grand jury, knowing them to have been stolen, received and had in their possession, and aided and abetted the receiving and having of, goods with a value exceeding $1,000, specifically, United States dimes valued at approximately $234,474.80, which were moving as part of and which constituted an interstate shipment of freight, from a trailer, specifically, a Freightliner white truck bearing Indiana license plate 3282568 with a

trailer bearing Maine license plate 3314548, belonging to Keen Cargo.

In violation of Title 18, United States Code, Sections 659 and 2.

**COUNT EIGHT**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 4, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**RAKEIM SAVAGE,**
**a/k/a "24,"**
**a/k/a "4,"**
**HANEEF PALMER,**
**a/k/a "Lew,"**
**MALIK PALMER,**
**a/k/a "Stacks,"**
**a/k/a "Stezzo,"**
**SAIKEEN DIXON,**
**a/k/a "SK,"**
**a/k/a "Killa,"**
**a/k/a "Kil,"**
**DOUGLAS MATHIS,**
**a/k/a "Ppg,"**
**AIKEEM PALMER,**
**a/k/a "Haak,"**
**MORRIS KANNEH,**
**a/k/a "Morris Kenneth,"**
**a/k/a "Slick,"**
**and**
**SALAHUDIN REDDY**
**a/k/a "Dean,"**
**a/k/a "Deen,"**

and others known and unknown to the grand jury, stole, and unlawfully took and carried away with intent to convert to their own use, and aided and abetted the taking and carrying away of, goods with a value exceeding $1,000, specifically, over 300 cases of snow crab legs, which were moving as part of and which constituted an interstate shipment of freight or other property, from a trailer, specifically, a Freightliner 2020 black truck bearing Illinois license plate P1165509 with a trailer bearing Idaho license plate TR4767, belonging to No Stress Carriers LLC.

In violation of Title 18, United States Code, Section 659 and 2.

**COUNT NINE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 6, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**RAKEIM SAVAGE,**
**a/k/a "24,"**
**a/k/a "4,"**
**HANEEF PALMER,**
**a/k/a "Lew,"**
**MALIK PALMER,**
**a/k/a "Stacks,"**
**a/k/a "Stezzo,"**
**SAIKEEN DIXON,**
**a/k/a "SK,"**
**a/k/a "Killa,"**
**a/k/a "Kil,"**
**DOUGLAS MATHIS,**
**a/k/a "Ppg,"**
**AIKEEM PALMER,**
**a/k/a "Haak,"**
**MORRIS KANNEH,**
**a/k/a "Morris Kenneth,"**
**a/k/a "Slick,"**
**SIRONDE DIXON,**
**a/k/a "Ronnie,"**
**and**
**SALAHUDIN REDDY**
**a/k/a "Dean,"**
**a/k/a "Deen,"**

and others unknown to the grand jury, stole, and unlawfully took and carried away with intent to convert to their own use, and aided and abetted the taking and carrying away of, goods with a value exceeding $1,000, specifically, approximately 1,150 boxes of wild Canadian snow crab clusters, which were moving as part of and which constituted an interstate shipment of freight or other property, from a trailer, specifically, a Freightliner 2020 white truck bearing North

Carolina license plate NM9408 and vehicle identification number 3ALXFB002LDMP9434, with a trailer bearing Maine license plate 500-2022, belonging to Migway Inc.

In violation of Title 18, United States Code, Section 659 and 2.

**COUNT TEN**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 10, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**RAKEIM SAVAGE,**
**a/k/a "24,"**
**a/k/a "4,"**
**RONALD BYRD,**
**HANEEF PALMER,**
**a/k/a "Lew,"**
**MALIK PALMER,**
**a/k/a "Stacks,"**
**a/k/a "Stezzo,"**
**SAIKEEN DIXON,**
**a/k/a "SK,"**
**a/k/a "Killa,"**
**a/k/a "Kil,"**
**DOUGLAS MATHIS,**
**a/k/a "Ppg,"**
**AIKEEM PALMER,**
**a/k/a "Haak,"**
**MORRIS KANNEH,**
**a/k/a "Morris Kenneth,"**
**a/k/a "Slick,"**
**and**
**SALAHUDIN REDDY**
**a/k/a "Dean,"**
**a/k/a "Deen,"**

and others unknown to the grand jury, stole, and unlawfully took and carried away with intent to convert to their own use, and aided and abetted the taking and carrying away of, goods with a value exceeding $1,000, specifically, approximately 103 Samsung televisions, which were moving as part of and which constituted an interstate shipment of freight or other property, from a trailer, specifically, a Freightliner 2017 white truck bearing California license plate YP67254

with a trailer bearing California license plate 4TA3155, belonging to Total Quality Logistics, LLC.

In violation of Title 18, United States Code, Section 659 and 2.

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Section 641, as set forth in this indictment, defendants

**RAKEIM SAVAGE,**
**a/k/a "24,"**
**a/k/a "4,"**
**RONALD BYRD,**
**HANEEF PALMER,**
**a/k/a "Lew,"**
**MALIK PALMER,**
**a/k/a "Stacks,"**
**a/k/a "Stezzo,"**
**SAIKEEN DIXON,**
**a/k/a "SK,"**
**a/k/a "Killa,"**
**a/k/a "Kil,"**
**DOUGLAS MATHIS,**
**a/k/a "Ppg,"**
**AIKEEM PALMER,**
**a/k/a "Haak,"**
**MORRIS KANNEH,**
**a/k/a "Morris Kenneth,"**
**a/k/a "Slick,"**
**SIRONDE DIXON,**
**a/k/a "Ronnie,"**
**and**
**SALAHUDIN REDDY**
**a/k/a "Dean,"**
**a/k/a "Deen,"**

shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the commission of such violations, including, but not limited to, the sum of $234,474.80 in United States Currency.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c) incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C).

A TRUE BILL:

[redacted]

**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

*No.*___________

**UNITED STATES DISTRICT COURT**
Eastern District of Pennsylvania
Criminal Division

THE UNITED STATES OF AMERICA
vs.
RAKIEM SAVAGE a/k/a 24, 4
RONALD BYRD
HANEEF PALMER a/k/a Lew
MALIK PALMER a/k/a Stacks, Stezzo
SAIKEEN DIXON a/k/a SK, Killa, Kil
DOUGLAS MATHIS a/k/a PPG
AIKEEM PALMER a/k/a Haak
MORRIS KANNEH a/k/a Morris Kenneth, Slick
SIRONDE DIXON a/k/a Ronnie
SALAHUDIN REDDY a/k/a Dean, Deen

SUPERSEDING INDICTMENT
**Counts :**
**18 U.S.C. § 371 (conspiracy – 1 count)**
**18 U.S.C. § 1951 (robbery which interferes with interstate commerce – 1 count)**
**18 U.S.C. § 659 (theft from interstate shipment – 5 counts)**
**18 U.S.C. § 641 (theft of government money – 2 counts)**
**18 U.S.C. § 659 (possession of items from interstate shipment theft – 1 count)**
**18 U.S.C. § 2 (aiding and abetting)**
**Notice of forfeiture**

[redacted]